# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**MICHAEL WADE**
**ADC #151652**                                                              **PLAINTIFF**

v.                              **No. 1:12-cv-132–DPM–BD**

**MELVIN NANCE** *et al.*                                           **DEFENDANTS**

## ORDER

Wade's complaint is dismissed without prejudice. He has not complied

with the Court's Order, *Document No. 3*, to file a clarifying amended

complaint, and to either pay the filing fee or complete an IFP application, by

13 January 2013 or risk dismissal.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 February 2013