IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL WADE**
**ADC #151652**                                                                **PLAINTIFF**

v.                          No. 1:12-cv-132-DPM-BD

**MELVIN NANCE** *et al.*                                                     **DEFENDANTS**

### ORDER

Wade's complaint is dismissed without prejudice. He has not complied with the Court's Order, *Document No. 3*, to file a clarifying amended complaint, and to either pay the filing fee or complete an IFP application, by 13 January 2013 or risk dismissal.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 February 2013