IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL WADE**
**ADC #151652**                                              PLAINTIFF

v.                       No. 1:12-cv-132-DPM

**MELVIN NANCE** *et al.*                                    DEFENDANTS

## JUDGMENT

Wade's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

7 February 2013